LEVIS SÁEZ, Plaintiff and Appellant, *v.* MUNICIPALITY OF PONCE, ETC., Defendant and Appellee.

No. 12448. Submitted June 23, 1958.—Decided June 30, 1958.

*José Ayala Vázquez* in his own behalf. *Frank Torres* for appellee.

ORDER

In view of the motion filed by the stenographer-reporter José Ayala Vázquez abandoning the appeal taken by him from an order of the Superior Court, Ponce Part, granting the plaintiff leave to prosecute his appeal in forma pauperis, since the stenographer has no standing to appeal from said order, it is hereby denied.

. Nevertheless, the appeal taken is dismissed for lack of jurisdiction.

It was so decreed by the Court as witness the signature of the Chief Justice. Mr. Justice Saldaña did not participate herein.

LUIS NEGRÓN FERNÁNDEZ
Chief Justice

I certify:

IGNACIO RIVERA
Secretary.